UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
JESSICA KARIM, on behalf of herself and
all others similarly situated,

      Plaintiff,

  -against-

AMIKA, LLC,

     Defendant.
_____x

Civil Action No.

1:24-cv-2453

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE

Plaintiff, Jessica Karim, and Defendant, Amika, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: July 3, 2024

By: *Gabriel Levy*

Gabriel A. Levy, Esq.
 *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _____

Ronie M. Schmelz, Esq.
 *Attorneys for Defendant*
K&L Gates LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067
T : (310) 552-5000
Ronie.schmelz@klgates.com